UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-07255-KK-ACCVx** | Date: | August 18, 2026 |
| Title: | ***Iain Curtis-Shanley v. Dignity Health*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to Comply with Court Orders**

On July 14, 2026, the Court set a Scheduling Conference for August 24, 2026, and ordered the parties to file a Joint Rule 26(f) Report no later than August 17, 2026. ECF Docket No. ("Dkt.") 8. To date, a Joint Rule 26(f) Report has not been filed. Rather, Plaintiff filed a separate Rule 26(f) Report, indicating Defendant's counsel has failed to participate in a Rule 26(f) conference or otherwise respond to Plaintiff's inquiries regarding the Joint Rule 26(f) Report. Dkt. 19 at 16-22. Defendant, therefore, appears to be in violation of the Court's July 14, 2026 Order.

The Court has inherent power to impose sanctions for willful disobedience of a court order. See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Before imposing sanctions, the Court will afford Defendant an opportunity to explain its failure to cooperate in the preparation of the Joint Rule 26(f) Report.

Accordingly, the Court, on its own motion, orders Defendant to show cause in writing **no later than seven (7) days from the date of this Order** why sanctions should not be imposed for failure to comply with the Court's July 14, 2026 Order. Additionally, the parties shall file a Joint Rule 26(f) Report **no later than seven (7) days from the date of this Order**. Finally, the parties are hereby **DIRECTED** to review the Court's Civil Standing Order, Order Setting Scheduling Conference, and Civil Trial Scheduling Order, which are available on the Court's website at https://apps.cacd.uscourts.gov/Jps/honorable-kenly-kiya-kato.

///

**Defendant is expressly warned that failure to timely file a response to this Order will result in sanctions, including monetary sanctions, for failure to comply with court orders.**

**IT IS SO ORDERED.**